```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
VICTORIA ANDRETTA, on behalf of herself                     :
and all others similarly situated,                          :
                                                            :
                              Plaintiff,                    :      24-CV-4554 (VSB)
                                                            :
              -against-                                     :         ORDER
                                                            :
LONG ISLAND PLASTIC SURGICAL                                :
GROUP, PC, d/b/a New York Plastic Surgical                  :
Group,                                                      :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On June 14, 2024, Plaintiff Victoria Andretta commenced this lawsuit by filing a redacted complaint against Defendant Long Island Plastic Surgical Group, PC. (Doc. 1.)

There is a common law right of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). Before sealing or redacting a judicial document, a court must find that the presumption of access has been overcome with "specific, on-the-record findings that higher values necessitate a narrowly tailored sealing." *Id.* at 120. A complaint is plainly a "judicial document" that is "relevant to the performance of the judicial function and useful in the judicial process." *Id.* at 115 (internal quotation marks omitted). Indeed, "the modern trend in federal cases is to classify pleadings in civil litigation . . . as judicial records." *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 140 (2d Cir. 2016) (internal quotation marks omitted). Because the redactions to the complaint were not approved by me or any other judge in this District, it is hereby

ORDERED that, by June 21, 2024, Plaintiff shall file a copy of the unredacted complaint

under seal as well as a motion to file a redacted complaint, as set forth in my Individual Rules & Practices in Civil Cases. Failure to comply with this Order will result in dismissal of the case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

      The Clerk of Court is respectfully directed to withhold the summons in this case pending further of the Court.

SO ORDERED.

Dated: June 18, 2024
      New York, New York

                                   Vernon S. Broderick
                                   United States District Judge