UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

VICTORIA ANDRETTA, *on behalf of herself and all others similarly situated*,

                Plaintiff,

-against-

LONG ISLAND PLASTIC SURGICAL GROUP, PC, *d/b/a New York Plastic Surgical Group*,

                Defendant.

---------------------------------------------------------X

24-CV-4554 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

    On September 19, 2024, I stayed this case pending the outcome of the parties' mediation. (Doc. 14.) I also directed the parties to file a joint letter noting the status of mediation every sixty days. (*Id.*) The parties filed a joint status report on November 20, 2024, representing that they had made substantial progress in their first mediation session and were planning to continue with the mediation process. (Doc. 15.)

    As over sixty days have passed since the parties' November 20, 2024 update, the parties are out of compliance with my September 19, 2024 order requiring status updates every sixty days. The parties are directed to submit a joint status update within the next seven (7) days.

SO ORDERED.

Dated: February 20, 2025
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge