UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                           :

VICTORIA ANDRETTA, *on behalf of herself* :
*and all others similarly situated*,            :

                                              Plaintiff,       :                24-CV-4554 (VSB)

                                      -against-             :                     **ORDER**

LONG ISLAND PLASTIC SURGICAL     :
GROUP, PC, *d/b/a New York Plastic Surgical* :
*Group*,                                                 :

                                              Defendant.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On September 19, 2024, I stayed this case pending the outcome of the parties' mediation. (Doc. 14.)  I also directed the parties to file a joint letter noting the status of mediation every sixty days.  (*Id.*)  The parties' most recent status update, filed on May 12, 2025, indicated that the parties were continuing to negotiate and that they anticipated filing a motion for preliminary approval of their settlement agreement within 30 days.  (Doc. 19.)  I endorsed that order, directing the parties to file either a settlement agreement or a joint update letter by June 30, 2025.  (Doc. 20.)  To date, the parties have not filed either a settlement agreement or a joint update letter, and are thus out of compliance with my Order at Doc. 20.

       The parties are hereby ORDERED to file either a settlement agreement or a joint update letter by July 25, 2025.  If they fail to do so, I will lift the stay in this case.

SO ORDERED.

Dated: July 18, 2025
       New York, New York

                                                                            Vernon S. Broderick
                                                                            United States District Judge