# ALMEIDA LAW GROUP

Matthew J. Langley
Partner
849 W. Webster Avenue
Chicago, Illinois 60614
Direct: (773) 554-9354
matt@almeidalawgroup.com

July 25, 2025

**VIA ELECTRONIC FILING (ECF)**

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
50 Foley Sq., Room 415
New York, New York 10007

*Re: Andretta v. Long Island Plastic Surgery Group, PC,* Case No. 1:24-cv-04554(VSB) – Joint Report on Settlement

Dear Judge Broderick:

I represent plaintiff Victoria Andretta ("Plaintiff") in the above-referenced matter (the "Action"). I write jointly with counsel for defendant Long Island Plastic Surgery Group, P.C. ("Defendant" and, together with Plaintiff, "Parties") pursuant to Your Honor's July 18, 2025 Order (ECF No. 21).

The Parties greatly appreciate the Court's patience. We are pleased to report that the Parties have fully executed the settlement agreement, attached hereto as Exhibit A. The Parties have engaged a settlement administrator, begun drafting the notice documents, and Plaintiff anticipates filing her motion for preliminary approval within 14 days from today.

We respectfully request that the Court continue staying this action at least through August 8, 2025, so that the Parties have the opportunity to finalize and file the forthcoming motion for preliminary approval.

Very truly yours,

**ALMEIDA LAW GROUP LLC**

Matthew J. Langley