UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
VICTORIA ANDRETTA, *on behalf of herself* :
*and all others similarly situated*,                :
                                                                     :
                             Plaintiff,      :         24-CV-4554 (VSB)
                                                                     :
              -against-                      :              **ORDER**
                                                                     :
LONG ISLAND PLASTIC SURGICAL         :
GROUP, PC, *d/b/a New York Plastic Surgical* :
*Group*,                                                         :
                                                                     :
                            Defendant.    :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 25, 2025, the parties in the above-captioned case filed a letter indicating that they had reached a settlement agreement and anticipate filing a motion for preliminary approval of the settlement agreement within 14 days. (Doc. 22.) The parties attached a copy of their executed settlement agreement. (Doc. 22-1.)

The parties are hereby ORDERED to file either a motion for preliminary approval of their settlement agreement or a joint update letter by August 22, 2025.

SO ORDERED.

Dated: July 28, 2025
       New York, New York

                                                                  Vernon S. Broderick
                                                                 United States District Judge