# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA ANDRETTA, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LONG ISLAND PLASTIC SURGICAL GROUP, PC d/b/a NEW YORK PLASTIC SURGICAL GROUP,<br><br>Defendant. | Case No. 1:24-cv-04554-VSB<br><br>The Honorable Vernon S. Broderick, United States District Judge |

### PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Matthew J. Langley, dated August 22, 2025, together with Exhibits 1 and 2 attached thereto, and the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, and upon all of the pleadings and proceedings herein, Plaintiff, by her undersigned counsel, move this Court under Fed. R. Civ. P. 23(e) for an Order granting preliminary approval of settlement and directing notice to the proposed settlement class.

Plaintiff has consulted with counsel for Defendant Long Island Plastic Surgical Group, PC d/b/a New York Plastic Surgical Group and they do not oppose this Motion.

Dated: August 22, 2025

Respectfully submitted,

*/s/ Matthew J. Langley*
Matthew J. Langley
New York Bar No. 4831749
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
T: (773) 554-9354

## CERTIFICATE OF SERVICE

I certify that on August 22, 2025, the foregoing has been electronically filed with the Court today, causing notice of the same to be served on counsel of record by operation of the ECF system.

                                            */s/ Matthew J. Langley*

                                            Matthew J. Langley
                                            New York Bar No. 4831749
                                            **ALMEIDA LAW GROUP LLC**
                                            849 W. Webster Avenue
                                            Chicago, Illinois 60614
                                            T: (773) 554-9354
                                            matt@almeidalawgroup.com

                                            *Attorney for Plaintiff & Putative Classes*